

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

IN THE MATTER OF AN APPLICATION  )
BY THE UNITED STATES OF AMERICA )        <u>ADMINISTRATIVE SEARCH WARRANT</u>
FOR AN ADMINISTRATIVE SEARCH     )
WARRANT PURSUANT TO TITLE 8,     )        MISC No.  3:19mj214 LRA
<u>UNITED STATES CODE, SECTION 1357</u>  )

                                          <u>UNDER SEAL</u>

TO SEARCH THE PREMISES:

P H FOOD, INC
4013 Highway 80
Morton, MS 39117


        To Any Authorized Agent of U. S. Department of Homeland Security, Homeland
Security Investigations ("HSI"):

        Application having been made by the United States for an administrative search warrant
to search the premises known as:

                        P H FOOD, INC
                        4013 Highway 80
                        Morton, MS 39117

and all appurtenances thereto, more particularly described in Attachment A, and having reviewed
and considered the attached Affidavit of Homeland Security Investigations Special Agent
Anthony Todd Williams, III., and 8 U.S.C. §1357, which authorizes employees of the U. S.
Department of Homeland Security, Homeland Security Investigations to interview and arrest
persons believed to be unlawfully within the United States, See Attachment B, *Blackie's House
of Beef, Inc. v. Castillo*, 659 F.2d 1211 (D.C. Cir. 1981), *cert. denied* , 455 U.S. 940 (1982), and
*International Molders & Allied Workers' Local Union v. Nelson et al.*, 799 F.2d 547, 552 (9th
Cir. 1986), I am satisfied there is reasonable cause to believe that aliens unlawfully in the United
States are located on the above described premises during their normal working hours.

WHEREFORE YOU ARE HEREBY AUTHORIZED AND  COMMANDED:

        To serve this warrant upon and to search, within a period of ten (10) regular workdays
from this date between 6:00 a.m. and 6:00 p.m., the premises known as P H FOOD, INC, 4013
Highway 80, Pelahatchie, MS 39117, for aliens unlawfully within the United States. The search

may extend to all areas in which it may be reasonably thought a person could be located, including places in which persons could conceal themselves.

You are further commanded to prepare a written inventory of any persons arrested in connection with the search conducted pursuant to this warrant and to promptly return this warrant and the written inventory to me, not later than ten (10) days from the issuance of this warrant

SO ORDERED, this the _5th_ day of _August_, 2019.

Honorable Linda R. Anderson
United States Magistrate Judge
United States District Court for the
Southern District of Mississippi

## ATTACHMENT A

### Property/Premises to be Searched

The property/premises to be searched is further described as being located at 4013 Highway 80, Morton, Mississippi 39117 and its curtilage.  P H FOOD, INC. consists of one building used for production, administrative office and out buildings, appurtenances, attached and detached garages and vehicles and trailers located on its curtilage, including any and all parking lots and persons inside vehicles.

### North side view



**East side view**



**South side view**



**West side view**



# ATTACHMENT B

*Persons or Property to be seized*

Evidence, fruits, and instruments of the crimes described in the attached affidavit, namely:

1.  Aliens present in the United States without legal authority.